JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CASITAS A. FOOTWEAR CO., INC., | ) | Case No. CV 18-4410 FMO (SKx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| LBSECOND, INC., et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Re: Plaintiff's Motion for Default Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff Casitas A. Footwear ("plaintiff") and against defendants, jointly and severally, Lbsecond, Theodore Moon, Young Moon, OMS Bythesea, Inc., Beachlong, Inc., Bemont, Inc., Chilsea, Inc., Duberly, Inc., Ginbada, Inc., Ilburn, Inc., Maxglen, Inc., Nege, Inc., Samarey, Inc., Scpacific, Inc., Usoms, Inc., and MYS USA RB, Inc., (collectively, "defendants"), in the total amount of $1,095,121.98.

2. All Doe defendants are hereby dismissed.

3. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 19th day of November, 2018

                                                        /s/
                                      Fernando M. Olguin
                                United States District Judge